UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHI GROUP, INC. | CIVIL ACTION NO. 6:21-cv-00883 |
| VERSUS | JUDGE SUMMERHAYS |
| ZURICH AMERICAN INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Zurich American Insurance Company's motion to dismiss (Rec. Doc. 7) is GRANTED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 23rd day of February, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE